APOLLOS WETMORE and DAVID W. WETMORE v. HENRY H. DYER et ux et al.

Where any of the defendants reside in this state, and are served with process, it is not necessary, unless under special circumstances, that the order for the appearance of absent defendants should be published in any newspaper out of the state. Foreign publication is only required where all of the defendants reside out of the state.

BILL for foreclosure.

J. D. Miller, on behalf of the complainants, applied for an order for publication; the subpœna having been returned at the present term, served upon some of the defendants, and accompanied by an affidavit stating that the others resided out of the state.

THE CHANCELLOR. Take the order directing the publication within the state. By the practice of the court it is unnecessary, unless under special circumstances, to advertise the order out of the state, where any of the defendants reside in the state, and are served with process. Foreign publication is only required where all the defendants reside out of the state.